UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

COREY MORRIS,

        Petitioner,

v.

MR. STEPHEN D'ILLIO, et al.

        Respondents.

Civil Action No.: 15-1502 (MAS)

**MEMORANDUM AND ORDER**

A Petition for Writ of Habeas Corpus having been filed in the above action, pursuant to 28 U.S.C. § 2254, and Petitioner having declared that this petition sets forth all grounds for relief and is his one, all-inclusive habeas petition; the Court having to screen the Petition for summary dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and finding that the transcript of the oral opinion issued by the Law Division in the state court's review of Petitioner's application for post-conviction relief was not attached to the Petition; and the Court having the authority to order that transcript be provided to the Court for use in connection with its Rule 4 screening, see Advisory Committee Notes, Rule 4 of the Rules Governing Section 2254 Cases ("The judge may order [transcripts, sentencing records, and copies of state court opinions] for his consideration if they are not yet included with the petition");

**IT IS** therefore on this 13th day of April, 2015,

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; it is further

**ORDERED** that Respondents shall furnish to the Court, within 30 days from the date of entry of this Order, a copy of the transcript of the hearing held by the Law Division on May 13, 2011, at which the Law Division issued an oral opinion on Petitioner's application for post-conviction relief for Indictment 02-10-1464; Respondents need not file an answer at this time; it is further

**ORDERED** that, within 7 days after any change in Petitioner's custody status, be it release or otherwise, Respondents shall electronically file a written notice of the same with the Clerk of the Court; and it is further

**ORDERED** that the Clerk of the Court shall serve this Order on Petitioner by regular mail.

_____
MICHAEL A. SHIPP
United States District Judge